UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| EMSLEY HUBBARD,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, and JOHN DOE POLICE OFFICERS 1-5,<br><br>　　　　　　　　　　　　　　Defendants. | STIPULATION OF ENLARGEMENT OF TIME FOR DEFENDANT CITY OF NEW YORK TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT<br><br>07-CV-3626 (MGC) |

---------------------------------------------------------------x

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that defendant City of New York's time to answer or otherwise respond to the complaint in this action be enlarged to thirty days (30) until after defendant City of New York receives plaintiff's 160.50 releases.

Dated: New York, New York
　　　　October 9, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07
```

Mr. Stephen C. Jackson, Esq.
350 Fifth Avenue, Suite 2310
New York, New York 10118
Attorney for Plaintiff

By: _____
　　Stephen C. Jackson, Esq. (SJ/1067)
　　Attorney for Plaintiff

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendant City
100 Church Street
New York, New York 10007

By: _____
　　Jennifer Rubin (JR 7938)
　　Assistant Corporation Counsel

SO ORDERED:

_____
U.S.D.J. Cedarbaum
October 18, 2007