# *Stephen Curtis Jackson*

**Attorney At Law**

(212) 643-2394        **Empire State Building**        Fax (212) 239-6900
**350 Fifth Avenue, Suite 2310**
**New York, New York 10118**
E-Mail **StevenJacklaw@aol.com**

**VIA ECF**

March 7, 2008

Honorable Miriam Goldman Cedarbaum
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

Re: Hubbard v. City of New York et al
07 Civ 3626 (MGC)

Dear Judge Cedarbaum:

I represent the plaintiff in the above referenced matter. I write this letter respectfully asking that above referenced matter be placed on the suspense calendar for six months due to unavailability of my client because of his incarceration. I recently received information from Mr. Hubbard's mother that he has been incarcerated in the Pennsylvania the past few months. She also stated that he may be released over the next six months. Consequently, Mr. Hubbard is unable to assist me in prosecuting his case. For these reasons, I am asking the Court to place the matter on the suspense calendar until Mr. Hubbard is released. I telephoned defendant's attorney seeking her consent for the within application, however, she was not available to speak to me.

If you have any questions I can be reached at 212-643-2394.
.

Respectfully submitted,

Stephen C. Jackson

cc: Jennifer L. Rubin, Esq.