UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

EMSLEY HUBBARD,

                             Plaintiff,

             -against-

THE CITY OF NEW YORK, THE NEW YORK
CITY POLICE DEPARTMENT and JOHN DOE
POLICE OFFICERS 1-5,

                           Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

07 CV 3626 (MGC)

     **PLEASE TAKE NOTICE** that defendant the City of New York appears herein and that we are the attorneys for said defendant in this action, and demand that a copy of the complaint and all notices and other papers be served upon defendant at this office.

     **PLEASE TAKE NOTICE** that **JENNIFER LINDSAY RUBIN** should be removed as counsel of record and that **BAREE N. FETT**, Assistant Corporation Counsel, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant the City of New York. All papers and Electronic Case Filing notifications in this matter should henceforth be served on Baree N. Fett, at the address listed below.

Dated: New York, New York
      March 24, 2008

                             MICHAEL A. CARDOZO
                             Corporation Counsel of the
                               City of New York
                             *Attorney for Defendants*
                             100 Church Street, 3-163
                             New York, New York 10007
                             (212) 788-8343

                   By:

                             BAREE N. FETT (BF9416)
                             Assistant Corporation Counsel

TO:    Stephen Curtis Jackson
       Attorney for Plaintiff
       Empire State Building
       350 Fifth Avenue, Suite 2310
       New York, New York 10118

## DECLARATION OF SERVICE BY MAIL

I, BAREE N. FETT, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on March 24, 2008, I served the annexed **NOTICE OF APPEARANCE** upon the following plaintiff, by his attorney, Stephen Curtis Jackson, Esq., by depositing a copy of same, enclosed in a first class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to plaintiff's counsel at the address set forth below, being the address designated by said plaintiff for that purpose:

TO:     Stephen Curtis Jackson
        Attorney for Plaintiff
        Empire State Building
        350 Fifth Avenue, Suite 2310
        New York, New York 10118


Dated:        New York, New York
              March 24, 2008


_____
BAREE N. FETT
ASSISTANT CORPORATION COUNSEL

Index No. 07 CV 3626 (MGC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMSLEY HUBBARD,

                                       Plaintiff,

            -against-

THE CITY OF NEW YORK, THE NEW YORK
CITY POLICE DEPARTMENT and JOHN DOE
POLICE OFFICERS 1-5,

                                     Defendants.

**NOTICE OF APPEARANCE**

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
100 Church Street Rm 3-163
New York, N.Y.  10007

*Of Counsel: Baree N. Fett*
*Tel:  (212) 788-8343*
*NYCLIS No. 2007-017010*

*Due and timely service is hereby admitted.*

*New York, N.Y.  .........................., 200 . . .*

*..........................................................Esq.*

*Attorney for ...............................................*